IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

TRACEY WOODS on behalf of
JAMERIA C. WALLACE,            :

    Plaintiff,                 :

vs.                            :
                                          CIVIL ACTION 04-0407-M
JO ANNE B. BARNHART,           :
Commissioner of
Social Security,               :

    Defendant.                 :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Tracey Woods on behalf of Jameria C. Wallace.

DONE this 1st day of June, 2005.

                                                    s/BERT W. MILLING, JR.
                                                    UNITED STATES MAGISTRATE JUDGE